UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WAYNE HILL,<br><br>Petitioner,<br><br>v.<br><br>BEN CURRY, warden,<br><br>Respondent.<br>_____/ | No. C 05-4572 SI (pr)<br><br>**ORDER EXTENDING DEADLINE** |

Darryl Wayne Hill has applied for an extension of time to file his traverse. Upon due consideration, the application is GRANTED. (Docket # 19.) Petitioner must file and serve his traverse no later than **August 31, 2007**.

IT IS SO ORDERED.

DATED: July 13, 2007

SUSAN ILLSTON
United States District Judge