UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WAYNE HILL, | No. C 05-4572 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINE** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

Darryl Wayne Hill has applied for a second extension of time to file his traverse. Upon due consideration, the application is GRANTED. (Docket # 21.) Petitioner must file and serve his traverse no later than **October 12, 2007**. No further extensions of the deadline will be permitted.

IT IS SO ORDERED.

DATED: September 4, 2007

SUSAN ILLSTON
United States District Judge