United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL WAYNE HILL,<br><br>          Petitioner,<br><br>     v.<br><br>BEN CURRY, warden,<br><br>          Respondent.<br>_____/ | No. C 05-4572 SI (pr)<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING** |

Respondent did not respond to part of one of petitioner's claims, namely, petitioner's argument that a jury instruction on adoptive admissions was improperly given at his trial. See Petition, p. 6D; Traverse, p. 17. The parties must file supplemental briefs addressing the claim that the jury was improperly instructed on adoptive admissions. No later than **January 11, 2008**, respondent must file and serve on petitioner a supplemental answer to the petition. No later than **February 1, 2008**, petitioner must file and serve on respondent a supplemental traverse. The supplemental answer and the supplemental traverse shall not exceed ten pages in length.

IT IS SO ORDERED.

DATED: December 3, 2007

                                             SUSAN ILLSTON
                                       United States District Judge